1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARY M. FRENCH, #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JOE LUIS RESENDEZ, JR.

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  NO. 2:07-cr-00459-MCE
                                     )
13               Plaintiff,          )
                                     )  STIPULATION AND ORDER CONTINUING
14       v.                          )  STATUS CONFERENCE
                                     )
15  JOE LUIS RESENDEZ, JR.,          )  Date:  January 24, 2008
                                     )  Time:  9:00 a.m.
16               Defendant.          )  Judge: Hon. Morrison C. England,
                                     )         Jr.
17  _____)

18

19      It is hereby stipulated between the parties, Philip A. Ferrari,

20  Assistant United States Attorney, attorney for plaintiff, and Mary M.

21  French, Supervising Assistant Federal Defender, attorney for defendant

22  JOE LUIS RESENDEZ, JR., that the Status Conference hearing date of

23  December 13, 2007, is vacated and a new Status Conference hearing date

24  of January 24, 2008, at 9:00 a.m. is hereby set.

25      This continuance is requested because of on-going defense

26  investigation and preparation, and because the parties are working on a

27  resolution of this matter.

28  ///

1    It is further stipulated that the period from December 13, 2007,

2 through and including January 24, 2008, should be excluded pursuant to

3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of

4 counsel and defense preparation.

5 Dated: December 12, 2007          Respectfully submitted,

6                                   DANIEL J. BRODERICK
                                    Federal Defender
7

8
                                    ___/s/ Mary M. French_____
9                                   MARY M. FRENCH
                                    Supervising Assistant
10                                  Federal Defender
                                    Attorney for Defendant
11                                  JOE LUIS RESENDEZ, JR.

12
   Dated: December 12, 2007         MCGREGOR W. SCOTT
13                                  United States Attorney

14
                                    /s/  Mary M. French for
15                                       Philip A. Ferrari

16                                  _____
                                    PHILIP A. FERRARI
17                                  Assistant U.S. Attorney
                                    per telephonic authorization

18

19 IT IS SO ORDERED.

20

21  Dated: December 13, 2007

22

23                                  _____
                                    MORRISON C. ENGLAND, JR.
24                                  UNITED STATES DISTRICT JUDGE

25

26

27

28